# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: AMERICAN DOLLAR LLC                §   Case No. 11-45354-BWB
                                          §
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>THOMAS B. SULLIVAN, TRUSTEE</u> , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 05/03/2013 in Courtroom        , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/28/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: AMERICAN DOLLAR LLC § | Case No. 11-45354-BWB |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,080.97 |
| *and approved disbursements of* | $ 353.93 |
| *leaving a balance on hand of* [1] | $ 4,727.04 |
| **Balance on hand:** | $ 4,727.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,727.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,258.10 | 0.00 | 1,258.10 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 850.00 | 0.00 | 850.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 48.05 | 0.00 | 48.05 |
| Accountant for Trustee, Fees - Alan D. Lasko | 998.50 | 0.00 | 998.50 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 12.77 | 0.00 | 12.77 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,167.42 |
| Remaining balance: | $ 1,559.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,559.62 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,559.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,609.55 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank, FSB | 2,701.29 | 0.00 | 1,167.18 |
| 2 | Nicor Gas | 908.26 | 0.00 | 392.44 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,559.62 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 80,509.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Montana Investments | 75,562.50 | 0.00 | 0.00 |
| 4 | PNC BANK | 4,947.06 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $            0.00
Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $            0.00
Remaining balance:  $            0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                         Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                           Case No. 11-45354-BWB
American Dollar LLC                                              Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: driddick               Page 1 of 3                  Date Rcvd: Mar 29, 2013
                               Form ID: pdf006              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2013.
db            +American Dollar LLC,   7506 Townsend Blvd,   Plainfield, IL 60586-5962
18028031      +ADT Security,   PO Box 371956,    Pittsburgh, PA 15250-7956
18028032      +ADT Security,   111 Windsor Drive,    Oak Brook, IL 60523-5623
18028035      +AT&T Universal,   P.O. Box 6235,    Sioux Falls, SD 57117-6235
18028033      +American Express,   P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
18566193       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18028036       Bank of America,   P. O. Box 982235,    El Paso, TX 79998-2235
18028037       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
18028038       Citi Platinum Select Card,    Box 6000,   The Lakes, NV 89163-6000
18028039       CitiCards,   PO Box 6248,   Sioux Falls, SD 57117-6248
18028041     #+Comet Neon, Inc.,   153 Easy Street,    Carol Stream, IL 60188-2314
18028043      +Cortina, Mueller & Frobish P.C.,    124 West Washington Street,   Morris, IL 60450-2145
18028044      +Dex One,   Attn: Client Care,    1615 Bluff City Highway,   Bristol, TN 37620-6055
18028046      +Fifth Third Bank Mastercard,    38 Fountain Square Plaza,   MD 1MOC2G-4050,
                Cincinnati, OH 45263-0001
18028047      +GEMoney Bank/Sam's Club,    P.O. Box 981064,   El Paso, TX 79998-1064
18028050       HSBC/Menards,   P. O. Box 17602,    Baltimore, MD 21297-1602
18028049      +Howard Tranby,   7506 Townsend Blvd,    Plainfield, IL 60586-5962
18028051      +Montana Investments,   852 Sharp Drive Unit N,    Shorewood, IL 60404-8841
18028054      +NNH Properties,   249 East US Route 6 No 319,    Morris, IL 60450-8967
18028052      +Nationwide Bank,   PO Box 9215,   Old Bethpage, NY 11804-9015
18928285      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
18028056      +PNC Bank,   One NCC Parkway,   Z1-YB43-02-1,    Kalamazoo, MI 49009-8003
18028055      +Patricia L Belviy,   7506 Townsend Blvd,    Plainfield, IL 60586-5962
18028057      +Popular Greetings Inc.,    505 Blue Ball Road,   Building 140A,   Elkton, MD 21921-4856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18028034       E-mail/Text: g17768@att.com Mar 29 2013 23:48:23     AT&T,   PO Box 8100,   Aurora, IL 60507-8100
18028040      +E-mail/Text: legalcollections@comed.com Mar 29 2013 23:47:43     Com Ed CCC,
                c/o Revenue Mgmt - Bankruptcy Grp,   P.O. Box 87522,   Chicago, IL 60680-0522
18028042       E-mail/Text: bankruptcy@commercebank.com Mar 29 2013 23:49:17     Commerce Bank,   PO Box 410857,
                Kansas City, MO 64141-0857
18028045       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 30 2013 00:06:49     Discover Card Services,
                P.O. Box 15192,   Wilmington, DE 19850
18028048      +E-mail/Text: robin.smith@e-hps.com Mar 29 2013 23:48:28     Heartland Payment Systems,
                One Heartland Way,   Jeffersonville, IN 47130-5870
18028053      +E-mail/Text: bankrup@aglresources.com Mar 29 2013 23:46:25     Nicor Gas,   P.O. Box 549,
                Aurora, IL 60507-0549
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18028058*     +Popular Greetings, Inc.,   505 Blue Ball Road,   Building 140A,   Elkton, MD 21921-4856
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: driddick              Page 2 of 3              Date Rcvd: Mar 29, 2013
                              Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2013**                     **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: driddick              Page 3 of 3                  Date Rcvd: Mar 29, 2013
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2013 at the address(es) listed below:

```
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          John A Reed    on behalf of Debtor   American Dollar LLC barbf@thebankruptcylaw.com
          Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
          Thomas B Sullivan    on behalf of Accountant Alan  Lasko tsullivan@innovalaw.com, IL19@ecfcbis.com
                                                                                             TOTAL: 6
```