# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: AMERICAN DOLLAR LLC | § | Case No. 11-45354-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$6,650.00_<br>*(without deducting any secured claims)* | Assets Exempt: _$0.00_ |
| Total Distribution to Claimants: $2,457.67 | Claims Discharged<br>Without Payment: $81,661.44 |
| Total Expenses of Administration: $2,623.30 | |

3) Total gross receipts of $      5,080.97      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00      (see **Exhibit 2** ), yielded net receipts of  $5,080.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,521.35 | 2,623.30 | 2,623.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 84,119.11 | 84,119.11 | 2,457.67 |
| **TOTAL DISBURSEMENTS** | $0.00 | $87,640.46 | $86,742.41 | $5,080.97 |

4) This case was originally filed under Chapter 7 on November 08, 2011. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2013_____   By: _/s/THOMAS B. SULLIVAN, TRUSTEE___
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| SHOREWOOD CHECKING | 1129-000 | 5,080.92 |
| Interest Income | 1270-000 | 0.05 |
| **TOTAL GROSS RECEIPTS** | | $5,080.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INNOVALAW, PC | 3110-000 | N/A | 850.00 | 0.00 | 0.00 |
| INNOVALAW, PC | 3120-000 | N/A | 48.05 | 0.00 | 0.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,258.10 | 1,258.10 | 1,258.10 |
| Alan D. Lasko | 3410-000 | N/A | 998.50 | 998.50 | 998.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Alan D. Lasko | 3420-000 | N/A | 12.77 | 12.77 | 12.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 4.39 | 4.39 | 4.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 4.54 | 4.54 | 4.54 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,521.35 | $2,623.30 | $2,623.30 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | N/A | 2,701.29 | 2,701.29 | 1,839.25 |
| 2 | Nicor Gas | 7100-000 | N/A | 908.26 | 908.26 | 618.42 |
| 3 | Montana Investments | 7200-000 | N/A | 75,562.50 | 75,562.50 | 0.00 |
| 4 | PNC BANK | 7200-000 | N/A | 4,947.06 | 4,947.06 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $84,119.11 | $84,119.11 | $2,457.67 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-45354-BWB | Trustee:  (330180)  THOMAS B. SULLIVAN, TRUSTEE |
| Case Name:  AMERICAN DOLLAR LLC | Filed (f) or Converted (c): 11/08/11 (f) |
| | §341(a) Meeting Date:  12/01/11 |
| Period Ending: 06/24/13 | Claims Bar Date:  04/18/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 100.00 | 100.00 | | 0.00 | FA |
| 2 | PNC CHECKING | 50.00 | 50.00 | | 0.00 | FA |
| 3 | SHOREWOOD CHECKING | 6,400.00 | 6,400.00 | | 5,080.92 | FA |
| 4 | CASH REGISTERS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | SHELVING | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | MISC MERCHANIDSE | 4,000.00 | 4,000.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.05 | Unknown |
| 7 | **Assets**  **Totals** (Excluding unknown values) | **$13,050.00** | **$13,050.00** | | **$5,080.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

AUCTIONEER INVESTIGATING ASSETS; 341 MTG CONTINUED TO 1/12/12; AUCTIONEER FOUND NO VALUE IN ASSETS; AWAITING CLAIMS BAR DATE TO PREPARE FINAL REPORT AND PROCEED TO CLOSE; ACCOUNTANT EMPLOYED; AWAITING FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012      **Current Projected Date Of Final Report (TFR):**   June 30, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-45354-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | AMERICAN DOLLAR LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******69-65 - Checking Account |
| Taxpayer ID #: | **-***9685 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/24/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/11 | {3} | HEARTLAND BANK | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 5,080.92 | | 5,080.92 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,080.93 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,055.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,055.97 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,030.97 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2011 FOR CASE<br>#11-45354, BOND#016026455/Feb 1, 2012<br>thru Feb 1, 2013 | 2300-000 | | 4.39 | 5,026.58 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,001.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,976.58 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,951.58 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,926.58 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,901.58 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,876.58 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,851.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,826.58 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,801.58 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,776.58 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,751.58 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033018088<br>20130103 | 9999-000 | | 4,751.58 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,080.97 | 5,080.97 | $0.00 |
| Less: Bank Transfers | | 0.00 | 4,751.58 |
| **Subtotal** | | 5,080.97 | 329.39 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | $5,080.97 | $329.39 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-45354-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** AMERICAN DOLLAR LLC | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******69-66 - Checking Account |
| **Taxpayer ID #:** **-***9685 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 06/24/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-45354-BWB | |
| **Case Name:** | AMERICAN DOLLAR LLC | |
| | | |
| **Taxpayer ID #:** | **-***9685 | |
| **Period Ending:** | 06/24/13 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****646365 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,751.58 | | 4,751.58 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,741.58 |
| 02/13/13 | 11002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45354, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 4.54 | 4,737.04 |
| 02/13/13 | 11002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45354, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -4.54 | 4,741.58 |
| 02/13/13 | 11003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-45354, bond#016026455 | 2300-000 | | 4.54 | 4,737.04 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,727.04 |
| 05/08/13 | 11004 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,258.10, Trustee Compensation;  Reference: | 2100-000 | | 1,258.10 | 3,468.94 |
| 05/08/13 | 11005 | Alan D. Lasko | Dividend paid 100.00% on $998.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 998.50 | 2,470.44 |
| 05/08/13 | 11006 | Alan D. Lasko | Dividend paid 100.00% on $12.77, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 12.77 | 2,457.67 |
| 05/08/13 | 11007 | American Express Bank, FSB | Dividend paid  68.08% on $2,701.29; Claim# 1; Filed: $2,701.29; Reference: | 7100-000 | | 1,839.25 | 618.42 |
| 05/08/13 | 11008 | Nicor Gas | Dividend paid  68.08% on $908.26; Claim# 2; Filed: $908.26; Reference: | 7100-000 | | 618.42 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 4,751.58 | 4,751.58 | $0.00 |
| Less: Bank Transfers | 4,751.58 | 0.00 | |
| **Subtotal** | 0.00 | 4,751.58 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,751.58 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-45354-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Case Name: | AMERICAN DOLLAR LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****646365 - Checking Account |
| Taxpayer ID #: | **-***9685 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/24/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # 9200-*******69-65 | 5,080.97 | 329.39 | 0.00 |
| Checking # 9200-*******69-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****646365 | 0.00 | 4,751.58 | 0.00 |
| | $5,080.97 | $5,080.97 | $0.00 |

June 24, 2013

_____

Date

/s/ THOMAS B. SULLIVAN, TRUSTEE

_____

THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)

Printed: 06/24/2013 10:36 AM   V.13.13